UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ABEL ROBINSON,<br><br>      Plaintiff,<br><br> v.<br><br>MIGUEL BALDERAMA, et al.,<br><br>      Defendants. | CASE NO. C18-5016 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' motion for summary judgment/motion to dismiss (Dkt. 14) is **GRANTED in part**. All claims except the claims against Defendant Balderama are dismissed.

Dated this 21st day of August, 2018.

              _____
              BENJAMIN H. SETTLE
              United States District Judge

ORDER