UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABEL ROBINSON,

        Plaintiff,

v.

MIGUEL BALDERAMA,

        Defendant.

CASE NO. C18-5016 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 38. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendant's motion for summary judgment, Dkts. 26, 31, is **GRANTED**;

(3) Plaintiff's action is **DISMISSED with prejudice**;

(4) Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal; and

(5) The Clerk shall enter JUDGMENT and close this case.

Dated this 27th day of February, 2019.

                      BENJAMIN H. SETTLE
                      United States District Judge